# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 8, 2015

### NO. 03-14-00148-CV

**Mehmet Turan Erkan, Appellant**

**v.**

**Habibe Nalan Erkan, Appellee**

**APPEAL FROM THE 201ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND FIELD
MODIFIED AND, AS MODIFIED, AFFIRMED -- OPINION BY JUSTICE FIELD**

This is an appeal from the judgment signed by the trial court on March 6, 2014. Having reviewed the record and the parties' arguments, the Court holds that there was error requiring correction. Therefore, the Court modifies the trial court's judgment to delete the requirement that appellant must obtain and maintain a home with a separate bedroom for each child before the children may visit overnight. The Court affirms the judgment as modified. Each party shall bear the costs of appeal incurred by that party, both in this Court and the court below.